**Wendy J. PAULUK, Psy.D, individually and as personal representative of the proposed Estate of Daniel Pauluk; Jaime L. Pauluk; Chrissy J. Pauluk, Plaintiffs–Appellees,**

v.

**Glenn SAVAGE, an individual; Edward Wojcik, an individual, Defendants–Appellants.**

**No. 14-15027**

United States Court of Appeals, Ninth Circuit.

Filed September 08, 2016

John J. Tofano, Esquire, Attorney, John J. Tofano, Attorney At Law, Las Vegas, NV, for Plaintiffs–Appellees.

Peter Maitland Angulo, Esquire, Walter R. Cannon, Esquire, Attorneys, Olson, Cannon, Gormley, Angulo & Stoberski,

---

** This disposition is not appropriate for publication and is not precedent except as provid-

ed by Ninth Circuit Rule 36–3.

Las Vegas, NV, for Defendants–Appellants.

Before: NOONAN, W. FLETCHER, and MURGUIA, Circuit Judges.

### ORDER

This court's Memorandum Disposition filed February 29, 2016, and reported at 641 Fed.Appx. 756 (9th Cir.2016), is withdrawn, and is replaced by the attached Opinion and Dissents. With the filing of the new Opinion, the panel has voted to deny the petition for rehearing en banc.

Subsequent petitions for rehearing and petitions for rehearing en banc may be filed.